## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHNSON RECYCLING SOLUTIONS LLC, | |
| Plaintiff, | 4:20-CV-3027 |
| vs. | |
| LARS BO LAURITZEN, KIM VANBAEK, KRISTIAN SKANNERUP, MIL-TEK USA RECYCLING AND WASTE SOLUTIONS, INC., and MT AMERICAS, INC., | ORDER |
| Defendants. | |

This matter is before the Court on the defendants' motions to compel arbitration and to stay proceedings pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. (filing 11) and to supplement the record (filing 19), and the Magistrate Judge's findings and recommendation (filing 23) recommending that the motion to compel be granted and the motion to supplement the record be denied as moot. The plaintiff has not objected to the findings and recommendation, and 28 U.S.C. § 636(b)(1) provides for de novo review only when a party objected to the magistrate's findings or recommendations. *See Peretz v. United States*, 501 U.S. 923, 939 (1991). The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. *Thomas v. Arn*, 474 U.S. 140, 149-51 (1985); *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009), *see Daley v. Marriott Int'l, Inc.*, 415 F.3d 889, 893 (8th Cir. 2005). Accordingly,

IT IS ORDERED:

1.      The Magistrate Judge's findings and recommendation (filing 23) are adopted.

2.      The defendants' motion to stay and to compel arbitration (filing 11) is granted.

3.      The parties are directed to proceed to arbitration in accordance with the terms of the arbitration agreement.

4.      The defendants' motion to supplement the record (filing 19) is denied as moot.

5.      Every 90 days from the date of this order, counsel for the defendants shall file a report on the Court's docket which explains the current status of the pending arbitration.

6.      The Clerk of the Court is directed to set an initial status report deadline of March 1, 2021.

7.      The Clerk of the Court shall close this case for statistical purposes.

Dated this 1st day of December, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge