IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHNSON RECYCLING SOLUTIONS LLC, | |
| Plaintiff, | 4:20-CV-3027 |
| vs. | ORDER |
| LARS BO LAURITZEN, et al., | |
| Defendants. | |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. The August 2, 2022 status report deadline is terminated.

2. On or before September 26, 2022, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

3. Absent compliance with this order, this case may be dismissed without further notice.

4. The Clerk of the Court shall set a dismissal papers deadline of September 26, 2022.

Dated this 26th day of August, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge